1  R. Bradford Huss, No. 71303
   Robert F. Schwartz, No. 227327
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  120 Montgomery Street, 23rd Floor
   San Francisco, California 94104
4  Telephone:  (415) 788-3111
   Facsimile:  (415) 421-2017
5  E-mail:     rschwartz@truckerhuss.com

6

   Attorneys for Defendants
7  CUSHMAN & WAKEFIELD, INC.;
   CUSHMAN & WAKEFIELD OF
8  CALIFORNIA, INC.; CUSHMAN &
   WAKEFIELD WESTERN, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  KATHRYN KACZMAREK,                    Case No. C 05 3712 SC

14              Plaintiff,                **STIPULATION TO EXTEND TIME FOR**
                                          **RESPONSE TO FIRST AMENDED**
15       vs.                              **COMPLAINT**

16  LIBERTY LIFE ASSURANCE COMPANY
    OF BOSTON; LIBERTY MUTUAL
17  INSURANCE; CUSHMAN & WAKEFIELD,
    INC.; CUSHMAN & WAKEFIELD OF
18  CALIFORNIA, INC.; CUSHMAN &
    WAKEFIELD WESTERN, INC.; CUSHMAN
19  & WAKEFIELD GROUP DISABILITY
    INCOME POLICY NO. GF3-810-253854-01,
20  DATED APRIL 1, 2001; AND DOES 1
    THROUGH 10,
21
                Defendants.
22

23

24       Defendants, CUSHMAN & WAKEFIELD, INC.; CUSHMAN & WAKEFIELD OF

25  CALIFORNIA, INC.; CUSHMAN & WAKEFIELD WESTERN, INC.; (collectively, the "C&W

26  Defendants"), and Plaintiff KATHRYN KACZMAREK ("Plaintiff") hereby stipulate, by and

27  through their respective counsel, to extend the time by which the C&W Defendants in this action

28

STIPULATION GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT            1
Case No. C 05 3712 SC
#738571

1 | must file a responsive pleading to Plaintiffs' First Amended Complaint. Pursuant to this
2 | stipulation, the C&W Defendants shall file a responsive pleading on or before December 9, 2005.
3 | This extension will not alter any dates or deadlines set by Court order.
4 | DATED: November 21, 2005

TRUCKER + HUSS

By: _____
Robert F. Schwartz
Attorneys for Defendants
CUSHMAN & WAKEFIELD, INC.;
CUSHMAN & WAKEFIELD OF
CALIFORNIA, INC.; CUSHMAN &
WAKEFIELD WESTERN, INC.

10 | DATED: November 22, 2005

GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP

By: _____
Lee S. Harris
Attorneys for Plaintiff
KATHRYN KACZMAREK

**IT IS SO ORDERED**

*[signature]*
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trucker + Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104