PAMELA E. COGAN, ESQ. (SBN 105089)
ROBERT M. FORNI, JR., ESQ. (180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KACZMAREK,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,; CUSHMAN & WAKEFIELD, INC. (as Plan Administrator as defined under ERISA § 3(16); CUSHMAN & WAKEFIELD, INC. WELFARE AND DISABILITY BENEFIT PLAN, POLICY NO. GF3-810-253854-01, DATED APRIL 1, 2001.<br><br>Defendants. | Case No. CV 05-3712 SC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, KATHRYN KACZMAREK, and Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life"), CUSHMAN AND WAKEFIELD, INC. and CUSHMAN & WAKEFIELD EMPLOYEE WELFARE BENEFIT PLAN through their respective counsel of record herein, that the above-captioned action be dismissed with prejudice. Each party shall bear its own fees and costs.

//

//

RC1/401119.1/RL1

STIPULATION AND ORDER OF DISMISSAL
CV 04-10042 GPS (RNBX)

| | | |
|---|---|---|
| 1 | Dated: November ___, 2006 | GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP. |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | LEE S. HARRIS<br>Attorneys for Plaintiff,<br>KATHRYN KACZMAREK |
| 6 | Dated: April 22, 2006 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | |
| 8 | | By: _____ |
| 9 | | PAMELA E. COGAN<br>ROBERT F. FORNI<br>Attorneys for Defendants, LIBERTY LIFE |
| 10 | | ASSURANCE COMPANY OF BOSTON and<br>LIBERTY MUTUAL INSURANCE |
| 11 | | |
| 12 | | |
| 13 | Dated: April 23, 2006 | TRUCKER HUSS, APC |
| 14 | | |
| 15 | | By: _____<br>ROBERT F. SCHWARTZ |
| 16 | | CLARISSA A. KANG<br>Attorneys for Defendants, CUSHMAN & |
| 17 | | WAKEFIELD, INC. and CUSHMAN &<br>WAKEFIELD, IC. EMPLOYEE WELFARE |
| 18 | | BENEFIT PLAN |

**ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: April 25 2006

IT IS SO ORDERED
UNITED STATES DISTRICT COURT JUDGE
Judge Samuel Conti

- 2 -   STIPULATION AND ORDER OF DISMISSAL
CV 04-10042 GPS (RNBX)

| | | |
|---|---|---|
| Dated: ~~November~~ April 22, 2006 | | GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP. |

By: _____
LEE S. HARRIS
Attorneys for Plaintiff,
KATHRYN KACZMAREK

Dated: April 22, 2006        ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT F. FORNI
Attorneys for Defendants, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON and
LIBERTY MUTUAL INSURANCE

Dated: April ___, 2006        TRUCKER HUSS, APC

By: _____
ROBERT F. SCHWARTZ
CLARISSA A. KANG
Attorneys for Defendants, CUSHMAN &
WAKEFIELD, INC. and CUSHMAN &
WAKEFIELD, IC. EMPLOYEE WELFARE
BENEFIT PLAN

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: April ___ 2006        _____
UNITED STATES DISTRICT COURT JUDGE